# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RAVEN WOODS                                                      PLAINTIFF

v.                          No. 4:18-cv-639-DPM

SHIV HOSPITALITY, LLC and
FEROZ PATEL                                                      DEFENDANTS

## ORDER

The joint motion to approve the settlement and dismiss, *Doc. 23*, is granted. The agreement is a fair, reasonable, and adequate compromise of a good faith dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–54 (11th Cir. 1982); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018); *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019). Further, the attorney's fee was negotiated apart from the parties' settlement, removing any possibility of a conflict of interest between Woods and her lawyers. *Melgar*, 902 F.3d at 779; *Barbee*, 927 F.3d at 1027 n.1. The Court will dismiss the case with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2020