# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RAVEN WOODS                                                          PLAINTIFF

v.                      No. 4:18-cv-639-DPM

SHIV HOSPITALITY, LLC and
FEROZ PATEL                                      DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 1 June 2020 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2020